WHEEL: B

GARDEPHE

20 CRIM 541

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v -                              :      NOTICE OF INTENT TO
                                                  FILE AN INFORMATION

MOUSA SHAHIN,                   :

         Defendant.         :

- - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           September 9, 2020

                                       AUDREY STRAUSS
                                       Acting United States Attorney

              By:   _____
                     GEORGE D. TURNER
                     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    DAVID WIKSTROM
    Attorney for Mousa Shahin

GARDEPHE