UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-                          **ORDER**

MOUSA SHAHIN,                       20 Cr. 541 (PGG)

                    Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of the Defendant will take place on

**February 12, 2021 at 4:00 p.m.**  Any submissions on behalf of the Defendant are due **January**

**22, 2021** and any submission by the Government is due on **January 29, 2021**.

Dated: New York, New York
      October 15, 2020

                    SO ORDERED.

                    Paul G. Gardephe
                    United States District Judge