UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MOUSA SHAHIN,

Defendant.

**ORDER**

20 Cr. 541 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant, currently scheduled for February 12, 2021, will now take place on **April 30, 2021 at 12:00 p.m.**  Any submissions on behalf of Defendant are due on April 19, 2021, and any submission by the Government is due on April 16, 2021.

Dated: January 8, 2021
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge