ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                           Tel: (212) 571-5500
Robert A. Soloway                                          Fax: (212) 571-5507
David Stern
──────────
Rachel Perillo

**By ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Mousa Shahin
              20 Cr. 541 (PGG)

MEMO ENDORSED
The sentencing of Defendant, currently scheduled for April 30, 2021, will now take place on July 9, 2021 at 4:00 p.m.  Any submissions on behalf of Defendant are due on June 18, 2021, and any submission by the Government is due on June 25, 2021.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

March 17, 2021

Dear Judge Gardephe:

      I represent Mousa Shahin in the above-referenced matter.  Mr. Shahin is scheduled to be sentenced on April 30, 2021 at 12:00 p.m.  This letter is respectfully submitted with the consent of the government, by AUSA George Turner, to request an adjournment of Mr. Shahin's sentencing.  An adjournment is requested because Mr. Shahin wishes to be sentenced in person; however, the COVID-19 pandemic remains ongoing and it is uncertain when in-person court proceedings will resume. Additionally, my associate who has been assisting me with the preparation of Mr. Shahin's sentencing submission is currently on maternity leave until June 2021.  It is therefore respectfully requested that Mr. Shahin's sentencing be adjourned to a date in late June or early July 2021.

      If the Court has any questions regarding this application, please contact my office. Your Honor's time and attention to this matter is appreciated.

                        Respectfully submitted,
                            /s/
                        David Stern

cc:    AUSA George Turner (by ECF)