**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 28, 2021

United States v. Shahin
20 Cr. 541 (PGG)

Dear Judge Gardephe:

   I am the attorney for Mr. Shahin on the above referenced matter. I write with the consent of the AUSA in charge of this matter, George Turner, seeking a modification of Mr. Shahin's conditions of release allowing him to travel to Patterson, New Jersey on Sundays until his sentence date in order to play soccer.

   Mr. Shahin pleaded guilty to a three count information on October 14, 2020 in full satisfaction of the indictment. His sentencing is scheduled for July 9, 2021. Until the date of his sentence, when Mr. Shahin knows that he must go to jail, Mr. Shahin seeks to play soccer in a league which has games every Sunday in Patterson, New Jersey. Mr. Shahin has played soccer at a very high level since childhood, and it is one of the few things which provides him relief from worrying about his case. I therefore seek a modification allowing him to travel to Patterson each Sunday until the date of sentence.

   If you have any questions regarding this application please contact my office.

Respectfully submitted,

*David Stern*
David Stern