**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

May 11, 2021

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

        United States v. Shahin
        <u>20 Cr. 541 (PGG)</u>

Dear Judge Gardephe:

    I am the attorney for Mr. Shahin on the above referenced matter. I write with the consent of the AUSA in charge of this matter, George Turner, seeking a modification of Mr. Shahin's conditions of release allowing him to travel to Lake Harmony, PA from June 13-16 to celebrate Eid, the end of Ramadan.

    Mr. Shahin pleaded guilty to a three count information on October 14, 2020 in full satisfaction of the indictment. His sentencing is scheduled for July 9, 2021.

    It is a tradition in the Muslim community to celebrate the end of Ramadan with family and friends and a large communal meal. Mr. Shahin seeks to travel to Split Rock Ranch Resort located at 428 Moseywood Road in Lake Harmony Pennsylvania for this annual celebration. He seeks permission to travel from May 13-16 after which he will immediately return to New York. The AUSA handling this matter, George Turner, has no objection to this application.

    If you have any questions regarding this application please contact my office.

Respectfully submitted,

David Stern

MEMO ENDORSED
The application to travel to Lake Harmony, PA from May 13-16, 2021 is granted.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
May 12, 2021