ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                    Tel: (212) 571-5500
Robert A. Soloway                                                   Fax: (212) 571-5507
David Stern
_____

Rachel Perillo

**By ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:   United States v. Mousa Shahin
             20 Cr. 541 (PGG)

Dear Judge Gardephe:

MEMO ENDORSED

The application is granted. The sentencing for Defendant Mousa Shahin, currently scheduled for July 9, 2021, is adjourned to October 8, 2021. Any submissions on behalf of Defendant are due on September 17, 2021. Any submission by the Government is due September 24, 2021.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
June 16, 2021

      I represent Mousa Shahin in the above-referenced matter. Mr. Shahin is scheduled to be sentenced on July 9, 2021 at 4:00 p.m. This letter is respectfully submitted to request an adjournment of Mr. Shahin's sentencing to a date in October 2021. The government, by AUSA George Turner, takes no position on this request.

      An adjournment is sought because Mr. Shahin is currently undergoing medical treatment for a hernia. He is scheduled to have an endoscopy this week to evaluate the severity of his condition and will likely require surgery in the next several weeks. A letter from Mr. Shahin's gastroenterologist is attached hereto as Exhibit A. An adjournment to October 2021 would ensure that Mr. Shahin completes his medical treatment prior to being sentenced in this matter.

      If the Court has any questions regarding this application, please contact my office. Your Honor's time and attention to this matter is appreciated.

                             Respectfully submitted,
                                  /s/
                             David Stern

cc:    AUSA George Turner (by ECF)