**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                        Tel: (212) 571-5500
Robert A. Soloway                                       Fax: (212) 571-5507
David Stern

———————
Rachel Perillo

**By ECF & Email**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
>
> The Application is granted.
>
> SO ORDERED:
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe, U.S.D.J.
>
> Dated: August 14, 2021

Re:   United States v. Mousa Shahin
      <u>20 Cr. 541 (PGG)</u>

Dear Judge Gardephe:

      I am the attorney for Mr. Shahin on the above referenced matter. I write without objection from the attorney for the government, George Turner, or Mr. Shahin's Pretrial Services Officer, Karina Vilefort, seeking a temporary modification of Mr. Shahin's conditions of release allowing him to travel to Harrison, New Jersey *this Sunday*, **August 15, 2021**, to play in a soccer game sponsored by his soccer company, Soccerroof. The game is expected to begin at 8:30 a.m. and end by 1:00 p.m.

      Mr. Shahin pleaded guilty to a three count information on October 14, 2020 in full satisfaction of the indictment. His sentencing is scheduled for October 8, 2021. His present conditions of release permit him to travel to Patterson, New Jersey to play soccer on Sunday afternoons until he is sentenced; however, this Sunday, the game will be at the Red Bull Stadium in Harrison, New Jersey in the morning. Accordingly, it is respectfully requested that Mr. Shahin's bond conditions be temporarily modified to permit travel to Harrison, New Jersey on August 15, 2021 for the purpose of playing in his soccer game.

      If you have any questions regarding this application please contact my office.

Respectfully submitted,
/s/
David Stern
