UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MOUSA SHAHIN,

Defendant.

**ORDER**

20 Cr. 541 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Mousa Shahin's sentencing is currently scheduled for Tuesday,

November 9, 2021.  He is scheduled to have surgery in late November 2021, and will likely

require a three-month recovery period.  (Def. Submission (Dkt. No. 28) at 11 & Ex. I (Dkt. No.

28-9))  In light of Defendant's medical condition, his sentencing is adjourned to **February 25,**

**2021 at 2:00 p.m.**

Dated:  New York, New York
        November 4, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge