```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------x
UNITED STATES OF AMERICA      :
                                   ORDER
         - v. -               :
                                   20 Cr. 541 (PGG)
MOUSA SHAHIN,                 :

              Defendant.      :
------------------x
```

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on October 14, 2020;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

      WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         November 19, 2021

                                        _____
                                        THE HONORABLE PAUL G. GARDEPHE
                                        UNITED STATES DISTRICT JUDGE