## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

March 29, 2022

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Mousa Shahin
            20 Cr. 541 (PGG)

Dear Judge Gardephe:

I represent Mousa Shahin in the above-referenced matter. On March 7, 2022 the Court sentenced Mr. Shahin to 39 months' imprisonment. This letter is respectfully submitted to request that the Court issue an Order directing the U.S. Pretrial Services Office for the Southern District of New York to release Mr. Shahin's passport to Mr. Shahin's wife, Fatima Berjawi. If the Court has any questions regarding this application please do not hesitate to contact me.

The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
David Stern

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_/s/ Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: March 30, 2022